**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARTHA E. RANDALL,

    Plaintiff(s),

v.                                           Case No:  8:04-CV-1722-T-30EAJ

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant(s).
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth Jenkins (Dkt. #17).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. #17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is AFFIRMED.

3) The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant in accordance with 42 U.S.C. §405(g).

4) Each party shall bear their own costs and expenses.

5) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2004\04-cv-1722.adopt 17.wpd